UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| **MORRIS E. LEWIS** | :: | Case No. |
| plaintiff | | |
| | :: | Judge |
| vs. | | |
| | :: | Mag. |
| **GE MONEY BANK** | | |
| **4246 South Riverboat Rd., Ste. 200** | :: | |
| **Salt Lake City, UT 84123** | | |
| defendant | :: | |
| | :: | |

**Complaint Seeking Statutory, Actual, Statutory & Punitive Damages Under the FCRA for Impermissible Access of Personal & Confidential Credit Information & Common Law  Invasion of Privacy; Attorney Fees and Jury Demand**

### Claim One
### [FCRA Impermissible Access]

### Jurisdiction

1. This Honorable Court has jurisdiction over this matter based upon 28 U.S.C. 1331, in that this dispute involves predominant issues of federal law. Defendant is liable unto Plaintiff pursuant to the provisions of the *"Fair Credit Reporting Act," 15 U.S.C. 1681, et seq.* [hereinafter the "Act].

## Parties

2.  Plaintiff, **Morris E. Lewis** (hereinafter referred to as **"Plaintiff"**), is a natural person who resides in Greenup, Commonwealth of Kentucky is a "consumer" as defined by 15 U.S.C. § 1681a.(b) and © ) respectively.

3. Made Defendant herein is **GE Money Bank** [hereinafter referred to as "**GEMB**" or **"Defendant"**], appears to be a foreign corporation which, upon information and belief, is either licensed and incorporated under the laws of Connecticut or headquartered there and which primarily does business throughout the State of Connecticut and elsewhere who, at all times relevant hereto, acted either as a furnisher and/or user of credit information as it is defined within the Act.

## Allegations

4.  Upon information and belief, Defendant has been afforded, under contract, a direct access terminal whereby it may, for permissible and lawful purposes, access consumer reports and/or consumer credit information through Trans Union, LLC. and, perhaps others which are each credit reporting agencies which store and maintain personal and confidential credit data concerning Plaintiff and other consumers.

5. In March, 2001 a credit account was created in the name of the Plaintiff in favor of the Defendant which was opened at Lowe's Retail Store and listed as GEMB/Lowe's [hereinafter the "account"].

6. Plaintiff ultimately became delinquent on the account and Defendant filed suit in the Greenup District Court, Greenup County, Ky and obtained a judgment which was recorded in December, 2008.

  7. Plaintiff extinguished the account by fully paying-off that judgment by formal written agreement making the final payment by personal check on May 4, 2010 in the amount of $48 and presenting payment to the lawfirm of Mapother & Mapother [hereinafter "Mapother."].

  8. Mapother, on behalf of the Defendant, filed a notice of satisfaction of judgment in the Greenup District Court on June 28, 2010 which indicated payment in full of the account.

  9. In spite of the extinguishment of the account in May, Defendant accessed the personal and confidential credit information and/or consumer file of the Plaintiff through Trans Union (a credit reporting agency) in September, 2010 and, perhaps later than that [hereinafter the "access."].

  10. Defendant accessed Plaintiff's consumer credit information and/or consumer file without the consent or knowledge of Plaintiff.

  11. Defendant accessed Plaintiff's personal and confidential credit information from and through Experian without a permissible purpose under the law.

  12. Defendant both negligently and wilfully violated the Fair Credit Reporting as provided and set forth in 15 U.S.C.§1681n. & 15 U.S,C. §1681o.

## Claim Two
## [Common Law-Invasion of Privacy or
## The Right to Privacy]

## Jurisdiction

13. This claim is made pursuant to common law invasion of privacy.

14. The jurisdiction of this Court is invoked pursuant to the principles of pendent or ancillary jurisdiction as set forth in 28 U.S.C. §1367, in that the claim herein arose out of the same basic facts, which gave rise to the principal federal claim.

## Parties

15. The parties are the same as in claim One.

## Allegations

16. Plaintiff hereby incorporates each and every allegation of claim one as if re-written herein.

17. Plaintiffs is the owner of a consumer file which contains personal and confidential information about her financial accounts and records, the manner in which these accounts are paid and other personal and confidential information about her.

18. By necessity Plaintiff shares this information with Trans Union, LLC. and other consumer reporting agencies which maintain these records on his behalf to be disbursed to third parties only for the limited purposes expressed in the law and/or with the expressed consent of the Plaintiff herself.

19. The information contained in Plaintiff's consumer file is without any doubt considered private and confidential by any and all reasonable standards known to society.

20. In September, 2010 the Defendant accessed and invaded the personal and private property belonging to the Plaintiff having no right to do so.

21. The action of Defendant was willful, wanton and reckless and in total disregard for the personal and financial rights of the Plaintiff.

22. As a direct and proximate result of Defendant's conduct Plaintiff was injured both emotionally and financially in an amount to be determined by a jury.

## **Prayer for Relief**

Plaintiff prays for the following relief:

    a. For actual, compensatory, statutory and punitive damages;

    b. For reimbursement of all costs and expenses;

    c. For reimbursement for all attorney fees reasonably expended in connection with the prosecution of this action;

    d.  For a trial by jury; and,

    e.  For any and all other relief this Court may deem appropriate.

                                        Respectfully submitted by:

                                        **/s/Steven C. Shane**
                                        Steven C. Shane (0041124)
                                        Trial Attorney for Plaintiff
                                        P.O. Box 73067
                                        Bellevue, KY 41073
                                        (859) 431-7800
                                        (859) 431-3100 fax
                                        shanelaw@fuse.net